UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07CV1843 AGF |
| ) | |
| LARRY DOYLE, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendants' motion for extension of time to file dispositive motions and upon the other scheduling issues in this case. Defendant Smith recently moved the Court to continue the trial setting, and the Court has set a status conference for this case on January 26, 2010.

It is the intention of the Court to resolve not only the scheduling issues currently before the Court at the status conference, but also to resolve any other foreseeable scheduling issues. For instance, it appears that defendant Richard Buckles was served with process on December 9, 2009, but has not timely filed an answer. And it appears that defendant Dan Manhardt has not yet been served with process because plaintiff has not provided the Court with Manhardt's correct address. The Court expects plaintiff to inform the Court whether default judgment should be sought against Buckles and

whether plaintiff will be able to timely provide the Court with Manhardt's address such that no further scheduling issues will arise.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for extension of time to file dispositive motions [#73] is **GRANTED**.

**IT IS FURTHER ORDERED** that the dispositive motion schedule as set forth in the Court's previous orders is **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall apprise the Court of all known scheduling issues during the status conference set for January 26, 2010.

Dated this 14th day of January, 2010.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE