# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| DONALD JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CV1843 AGF |
| | ) | |
| LARRY DOYLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that defendant Smith's motion to continue trial setting [Doc. 71] is **DENIED** as moot.

Dated this 13th day of May, 2010.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE